21357.   WEAVER v. DENNIS.

ALMAND, Justice. This case is here by virtue of the grant of a petition for the writ of certiorari to review the judgment of the Court of Appeals in *Dennis v. Weaver,* 103 Ga. App. 824 (121 SE2d 190). Upon further consideration, we are of the opinion that the judgment of the Court of Appeals is correct. See also *Garland v. Isbell,* 139 Ga. 34 (1) (76 SE 591), and *Cunningham v. National Bank of Augusta,* 71 Ga. 400 (51 AR 266).

*Judgment affirmed.   All the Justices concur.*

SUBMITTED OCTOBER 10, 1961—DECIDED NOVEMBER 9, 1961—
REHEARING DENIED NOVEMBER 21, 1961.

*Benj. B. Blackburn, Joan Larsen,* for plaintiff in error.